## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| RTS USA CORP. F/K/A ROOTS USA CORP. | Case No. 20–11011 (MFW) |
| Debtor. | |

## GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

| GLOBAL NOTES | |
|---|---|
| Background | The RTS USA Corp., f/k/a Roots USA Corporation is a wholly-owned subsidiary of Roots Corporation (the "Parent") formed for the purpose of operating Roots-branded corporate retail stores in the United States. Prior to the filing of the Debtor's chapter 7 case, the Debtor operated nine retail stores in the United States. Due to ongoing financial pressures, including the closure of the Debtor's retail locations on March 18, 2020 due to the COVID-19 pandemic, on April 29, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). |
| General | The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the Debtor in the chapter 7 case (the "Case") in the Bankruptcy Court were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by management of the Debtor, with the assistance of the Debtor's counsel and the Parent and its counsel, and are unaudited. While the Debtor made every reasonable effort to ensure the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. <br><br> The Schedules and Statements have been signed by Mona Kennedy, Chief Financial Officer of the Debtor. Accordingly, in reviewing and signing the Schedules and Statements, Ms. Kennedy necessarily relied upon the efforts, statements, and representations of the Debtor's other personnel and professionals. Ms. Kennedy has not (and could not have) personally |

|  | verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. |
|  | These Global Notes (the "Global Notes") are incorporated by reference herein, and comprise an integral part of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements. |
|  | The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor. |
|  | The Debtor and its past or present stockholders, directors, officers, employees, attorneys, professionals and agents do not guarantee or warrant the accuracy, completeness, or contemporaneity of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its past or present officers, employees, attorneys, professionals and agents expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its past or present officers, employees, attorneys, professionals and/or agents be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein. |
|  | In the event the Schedules and Statements differ from the Global Notes, the Global Notes shall control. |
| Fiscal Year | The Debtor's fiscal year is based on the 4-5-4 retail calendar. The Debtor's 2020 fiscal year ends on January 30, 2021.  All asset information, except where otherwise noted, is as of April 4, 2020. Bank balances are as of the Petition Date. All liability information, except where otherwise noted, is as of April 4, 2020. |
| Basis of Presentation | For financial reporting purposes, before the Petition Date, the Debtor, along with certain non-Debtor affiliates and the Parent prepared consolidated financial statements that were audited annually at the Parent consolidated level. These statements were prepared in Canadian dollars. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of the Debtor, except if otherwise indicated. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of the Debtor. The Schedules and Statements |

| | |
|---|---|
| | contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtor's reasonable efforts to report the assets and liabilities of the Debtor on an unconsolidated basis. However, some limited aspects of the Debtor's business is tied to the Parent's business.  In preparing the Schedules and Statements, the Debtor worked diligently to report the Debtor's specific assets and liabilities. |
| Confidential or Sensitive Information | There may be instances in which certain information in the Schedules and Statements intentionally has been left out due to concerns for the privacy of an individual. Any alterations will be limited to only what is necessary to protect the Debtor or third party and will provide interested parties with sufficient information to discern the nature of the listing. |
| Causes of Action | Despite their reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. |
| Recharacterization | The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtor may have inadvertently improperly characterized, classified, categorized, or designated certain items. |
| Claim Description | Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim or amount is not "contingent," "unliquidated," or "disputed." |
| Unliquidated Claim Amounts | Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated." |
| Zero Dollar Amounts | Amounts listed as zero are either $0, unliquidated, or undetermined. |
| Undetermined Amounts | The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount. |
| Specific Notes | Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment. |
| Leases | All unexpired leases of real property are included in Schedule B and Schedule G. |
| Contingent Assets | The Debtor may possess certain claims and causes of action against various parties. Additionally, the Debtor may possess contingent claims in the form of various avoidance actions it could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non bankruptcy laws. |

| | The Debtor, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. |
| --- | --- |
| | The Debtor may also possess contingent and unliquidated claims against affiliated entities for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement, indemnification, or any other type of transaction. |
| Guaranties and Other Secondary Liability Claims | The Debtor has made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "Guaranties") in agreements to which the Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule. It is possible that certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, and other such agreements may have been inadvertently omitted. |
| Currency | Unless otherwise indicated, all amounts are reflected in U.S. dollars. Any amounts in Canadian dollars that have been converted to U.S. dollars was converted based on a USD/CAD exchange rate of CAD $1.35, unless otherwise noted. |
| Insiders | The Debtor attempted to include all payments made over the 12 months preceding the Petition Date to, or for the benefit of, any creditor deemed an "insider." For these purposes, "insider" is defined as (a) directors, (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities the Debtor, (d) Debtor affiliates, and (e) relatives of any of the foregoing (to the extent known by the Debtor). The listing of a creditor as an "insider," however, is not intended to be nor should be construed as a legal characterization of such creditor as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Furthermore, the Debtor does not take any position concerning (a) the person's influence over the control of the Debtor, (b) the person's management responsibilities or functions, (c) the person's decision-making or corporate authority, or (d) whether the person could successfully argue that he or she is not an insider under applicable law, including federal securities laws or the Bankruptcy Code, for any theories of liability or for any other purpose. |
| Totals | All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. |
| Liability Management Exercises Prior to Petition Date. | Prior to the Petition Date, the Debtor worked with its Parent to prepare for this filing and to manage its liabilities. On March 27, 2020, the Parent entered into an amendment to its secured credit facility, pursuant to which the Parent's secured lenders agreed to release the Debtor as a loan party to the secured credit facility and agreed to release liens on collateral owned by the Debtor. Accordingly, the Debtor has not listed this secured credit facility as a liability on Schedule D and the Debtor, with the assistance of the Parent and its lenders, have eliminated the risk of any delay in the |

administration of these estates as a result of potential joint and several liability on the Parent's secured credit facility.

Moreover, on April 28, 2020, the Debtor assigned the leases of the stores in Birmingham, Michigan and Park City, Utah to the Parent. These assignments will benefit the Debtor by reducing the total amount of the Debtor's liabilities. The Parent has assumed all of the lease obligations owing to the landlords for the Birmingham, Michigan and Park City, Utah locations and will be responsible for the costs of re-opening those locations, including vendor and employee-related obligations for those two locations. The Debtor estimates the total savings for the chapter 7 estate on account of rent obligations to be $286,239. Additional savings are realized by these transfers as a result of a reduction on the Debtor's books and records to the intercompany payable owing from the Debtor to Parent on account of inventory, prepaid expenses, and fixed assets in the aggregate amount of $285,155.33. The intercompany payable owing from the Debtor to the Parent had a balance of $11,970,254.76 (based on the USD/CAD exchange rate of CAD $1.3978 as of the close of business on April 28, 2020) immediately prior to the transfers and, as reflected in the prior sentence, has been reduced to $11,685,099.44 (based on the USD/CAD exchange rate of CAD $1.3978 as of the close of business on April 28, 2020). The value attributed on the Debtor's books and records is $127,205.54 on account of inventory, prepaid expenses, and fixed assets related to the Birmingham, Michigan store and $157,949.79 on account of inventory, prepaid expenses, and fixed assets related to the Park City, Utah store. Prior to entering into these assignments, the Debtor, with the assistance of an outside financial advisor, conducted a valuation analysis of these two stores, pursuant to which the Debtor determined that the total value associated with the Birmingham, Michigan store as of April 2020 is approximately $72,000 (based on the USD/CAD exchange rate of CAD $1.410 as of the valuation date) and the total value associated with the Park City, Utah store is $112,000 (based on the USD/CAD exchange rate of CAD $1.410 as of the valuation date).

The Debtor also worked with the Parent prior to the filing of this Case to modify its cash management system to ensure receipts from the Parent's e-commerce business be deposited directly to Parent bank accounts. The Parent's U.S. and Canadian e-commerce business was and continues to be operated directly by Parent. However, over the past several years, for operational simplicity with regard to the payment processor, receipts from the Parent's e-commerce business were deposited in the Debtor's bank account at Bank of America and used to fund the Debtor's liquidity needs at the direction of Parent. On occasion, in the ordinary course of business, the Parent would sweep amounts associated with the e-commerce receipts to the Parent's bank account as reflected on the Statements Part 2 Question 3 Schedule and Part 2 Question 4 Schedule. As of the filing of this Case, Parent's e-commerce receipts have now been directly deposited to an account owned by the Parent.

| | |
|---|---|
| Specific Disclosures with Respect to the Debtors' Schedules | With respect to Schedule A/B, questions 6-8, the retainer amount paid by the Debtor to its bankruptcy counsel, Young Conway Stargatt & Taylor, LLP, on an earned upon receipt basis, does not constitute an interest of the Debtor in property and are thus not listed in response to Schedule B, questions 6-8. These payments are listed in response to Statements question 11. |
| | With respect to Schedule A/B question 21, the amount listed reflects the net book value of the Debtor's inventory as of April 4, 2020. The valuation method used was cost – via the retail inventory method. |
| | With respect to Schedule A/B questions 39-43, the amounts listed reflect the net book value (*i.e.*, historical cost less depreciation and impairment) of each of the office furniture, fixtures, and equipment as of April 4, 2020, as the current values of the assets are not available. |
| | With respect to Schedule A/B question 40, the value of fixtures is included in the answer to question 39. |
| | With respect to Schedule A/B question 72, the value of unused net operating losses is as of the tax year ended September 30, 2019.  The values provided are pretax values and have not been discounted by the effective tax rate. |
| | With respect to Schedule E/F part 2, question 3, creditor 3.95, the value of intercompany payables to the Parent is as of the Petition Date and was converted to U.S. Dollars based on the USD/CAD exchange rate of CAD $1.3978 as of the close of business on April 28, 2020. |
| Specific Disclosures with Respect to the Debtors' Statements | With respect to Statements questions 4 and 30, the Debtor has included payments made on behalf of (a) the Parent or (b) both Debtor and the Parent to creditors shared by the Debtor and the Parent. However, any such payments are reconciled by the value of intercompany transfers made from the Parent to the Debtor. |

**Fill in this information to identify the case:**

Debtor name  RTS USA Corp. f/k/a Roots USA Corporation

United States Bankruptcy Court for the: _____ District of  Delaware _____
                                                                                (State)

Case number (If known):     20-11011 (MFW) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1.  ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from *Schedule A/B* .................................................................

$  0

    1b.  **Total personal property:**

        Copy  line  91A  from  *Schedule  A/B* ...........................................................

$ 9,609,805.54

    1c.  **Total of all property:**

        Copy  line  92  from  *Schedule  A/B* ............................................................

$ 9,609,805.54

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

$  0

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................

$  31,011.13

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............................

**+** $ 15,385,994.86

4.  **Total  liabilities** ...............................................................................................

$ 15,417,005.99

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor Name:   RTS USA Corp. f/k/a Roots USA Corporation

United States Bankruptcy Court for the: _____     District of _____ Delaware ___
                                                                    State

Case number (If known):   20-11011 (MFW) _____

☐ Check if this is an
   Amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in

which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully

depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory*

*Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name

and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the

amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or

depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the

value of secured claims. See the instructions to understand the terms used in this form.

| Part 1 | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐   No. Go to Part 2.
☒   Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**                                                                                   $ 5,034.44

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1    Bank of America | Checking | 1   6   4   7 | $ 396,144.76 |
| 3.2    Bank of America | Checking | 4   3   5   0 | $ 0 |
| 3.3    Bank of America | Checking | 1   6   8   5 | $ 0 |
| 3.4    Bank of America | Checking | 4   3   3   1 | $ 0 |
| 3.5    Bank of America | Checking | 4   3   1   7 | $ 0 |
| 3.6    Bank of America | Checking | 1   6   8   0 | $ 0 |
| 3.7    Bank of America | Checking | 1   6   6   6 | $ 0 |
| 3.8    Bank of America | Checking | 4   3   3   6 | $ 0 |
| 3.9    Bank of America | Checking | 3   1   2   1 | $ 0 |
| 3.10   Bank of America | Checking | 3   1   2   6 | $ 0 |
| 3.11   Bank of America | Checking | 3   3   1   2 | $ 0 |
| 3.12   Bank of America | Checking | 4   3   5   5 | $ 0 |

**4. Other cash equivalents** *(Identify all)*

4.1  _____     $ _____
4.2  _____     $ _____

**5. Total of Part 1**                                                                     $ 401,179.20

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

Debtor RTS USA Corp. f/k/a Roots USA Corporation                    Case Number *(if known)* 20-11011 (MFW)

6.  **Does the debtor have any deposits or prepayments?**

☐  No. Go to Part 3.
☒  Yes. Fill in the information below.

|  | Current value of Debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1 _____    $ _____
7.2 _____    $ _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 Deposit. Holder: Natick Mall LLC                      $ 2,900.00

9.  **Total of Part 2**                                   $ 2,900.00

Add lines 7 through 8 Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☒  No. Go to Part 4.
☐  Yes. Fill in the information below.

|  | Current value of Debtor's interest |
|---|---|

11.  **Accounts receivable**

11a.  90 days old or less  _____ — _____ = _____ ➜    $ _____
                            face amount   doubtful or uncollectible accounts

11b.  Over 90 days old     _____ — _____ = _____ ➜    $ _____
                            face amount   doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ _____

| **Part 4:** | **Investments** |
|---|---|

13.  **Does the debtor own any investments?**

☒  No. Go to Part 5
☐  Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of Debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1 _____    _____    $ _____
14.2 _____    _____    $ _____

15.  **Non-publicly traded stock and interest in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name any entity                          % of ownership

15.1 _____    _____%    _____    $ _____
15.2 _____    _____%    _____    $ _____

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

Debtor RTS USA Corp. f/k/a Roots USA Corporation                     Case Number *(if known)* 20-11011 (MFW)

| 16.1 | | $ |
| 16.2 | | $ |

17. **Total of Part 4**
   Add lines 14 through 16. Copy the total to line 83.                     $ _____

| Part 5 | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw Materials** | | | | |
| _____ | _____ MM/ DD /YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM/ DD /YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| Apparel | 01/17/2020; 01/18/2020 MM/ DD /YYYY | $ 1,313,591.13 | Cost – via retail inventory method | $ N/A |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM/ DD /YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$ 1,313,591.13

**24. Is any of the property listed in Part 5 perishable?**

☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No
☐ Yes.    Book value _____    Valuation method _____    Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current use | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7 | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture and selling fixtures (e.g. racks, tables, shelves) | $ 114,098.79 | | $ N/A |
| 40. **Office fixtures** | | | |
| See Question 39 | $ See question 39 | | $ N/A |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Store POS, IT, and LP Equipment | $ 28,952.42 | | $ N/A |
| | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ 143,051.21

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor RTS USA Corp. f/k/a Roots USA Corporation          Case Number (if known) 20-11011 (MFW)

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e.,<br>VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories**<br>**Examples: Boats, trailers, motors, floating homes, personal**<br>**watercraft, and fishing vessels** | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment**<br>**(excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Store at 605 N. Michigan Avenue, Suite 102, Chicago, IL 60611 | Lease | $ | | $ 0 |
| 55.2 Store at 3259 M Street, N.W., Washington, D.C. 20007 | Lease | $ | | $ 0 |
| 55.3 Store at 1100 S Hayes St., Unit E08C, Arlington, VA 22202 | Lease | $ | | $ 0 |
| 55.4 Store at 600 Market Street, Lynnfield, MA 01940 | Lease | $ | | $ 0 |
| 55.5 Store at 1245 Worcester St., Unit 2169, Natick, MA 01760 | Lease | $ | | $ 0 |
| 55.6 Store at 1961 Chain Bridge Rd., Unit G008U, McLean, VA 22102 | Lease | $ | | $ 0 |
| 55.7 Store at 498 Red Apple Court, Unit 664, Central Valley, NY 10917 | Lease | $ | | $ 0 |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
   Description (include name of obligor)

   _____  _____  –  _____ =→  $ _____
                            Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

| Federal NOL | Tax year 2019 | $3,768,635.00 |
| Utah NOL | Tax year 2019 | $679,832.00 |
| New York State NOL | Tax year 2019 | $169,396.00 |
| New York City NOL | Tax year 2019 | $172,805.00 |
| Michigan NOL | Tax year 2019 | $589,991.00 |
| Washington, D.C. NOL | Tax year 2019 | $432,893.00 |
| Virginia NOL | Tax year 2019 | $389,687.00 |
| Massachusetts NOL | Tax year 2019 | $893,195.00 |
| Illinois NOL | Tax year 2019 | $652,650.00 |

73. **Interests in insurance policies or annuities**

   _____  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____  $ _____
   **Nature of claim**  _____
   **Amount requested**  $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____  $ _____
   **Nature of claim**  _____
   **Amount requested**  $ _____

76. **Trusts, equitable or future interests in property**

   _____  $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____  $ _____
   _____  $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.          $7,749,084.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor  RTS USA Corp. f/k/a Roots USA Corporation          Case Number (if known)  20-11011 (MFW)

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of net property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets**. *Copy line 5, Part 1.* | $ 401,179.20 | |
| 81. **Deposits and prepayments**. *Copy line 9, Part 2.* | $ 2,900 .00 | |
| 82. **Accounts receivable**. *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments**. *Copy line 17, Part 4.* | $0 | |
| 84. **Inventory**. *Copy line 23, Part 5.* | $1,313,591.13 | |
| 85. **Farming and fishing-related assets**. *Copy line 33, Part 6.* | $0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles**. *Copy line 43, Part 7.* | $ 143,051.21 | |
| 87. **Machinery, equipment, and vehicles**. *Copy line 51, Part 8.* | $0 | |
| 88. **Real property**. *Copy line 56, Part 9.* ................................................................ | | $ 0 |
| 89. **Intangibles and intellectual property**. *Copy line 66, Part 10.* | $0 | |
| 90. **All other assets**. *Copy line 78, Part 11.* | $7,749,084.00 | |
| 91. **Total**. Add lines 80 through 90 for each column .................... 91a. | $ 9,609,805.54   +   91b. | $ 0 |
| 92. **Total of all property on Schedule A/B**. Lines 91a + 91b = 92.............................................................. | | $ 9,609,805.54 |

**Fill in this information to identify the case:**

Debtor name   RTS USA Corp. f/k/a Roots USA Corporation

United States Bankruptcy Court for the: _____ District of  Delaware _____
                                                   (State)

Case number (If known):   20-11011 (MFW) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by debtor's property?**
   - ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**2.1**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____ _____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

Describe debtor's property that is subject to a lien

_____  $_____   $_____

_____

Describe the lien

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____  $_____   $_____

_____

Describe the lien

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | RTS USA Corp. f/k/a Roots USA Corporation |
| United States Bankruptcy Court for the: | District of __Delaware__ <br> (State) |
| Case number (if known) | 20-11011 (MFW) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Andrew Scarfo
1400 Castlefield Ave
Toronto, ON M6B 4C4

As of the petition filing date, the claim is: $ 0                Priority amount $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Employee

**Last 4 digits of account number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.2** Priority creditor's name and mailing address

Arlington County Treasurer's Office
2100 Clarendon Boulevard, Suite 201
Arlington, VA 22201

As of the petition filing date, the claim is: $ 0                $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Business Tax

**Last 4 digits of account number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.3** Priority creditor's name and mailing address

California Department of Tax and Fee
Administration;  P.O. Box 942879
Sacramento, CA 94279

As of the petition filing date, the claim is: $ 14,020.96                $ 14,020.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Sales Tax

**Last 4 digits of account number** _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

- 1 -

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4 Priority creditor's name and mailing address**

City of Birmingham Treasurer's Office
151 Martin Street, Room #109
Birmingham, MI 48009

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 0    Priority amount: $ 0

---

**2.5 Priority creditor's name and mailing address**

Department of Treasury, IRS
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 0    Priority amount: $ 0

---

**2.6 Priority creditor's name and mailing address**

Fairfax County Department of Tax Administration
1200 Government Center Parkway, Suite 223
Fairfax, VA 22035

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 0    Priority amount: $ 0

---

**2.7 Priority creditor's name and mailing address**

Freda Alvarado Fanning
1400 Castlefield Ave
Toronto, ON M6B 4C4

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 0    Priority amount: $ 0

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number *(if known)* 20-11011 (MFW) |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.8 Priority creditor's name and mailing address**

Illinois Department of Revenue
Bankruptcy Unit, P.O. Box 19035
Springfield, IL 62794-9035

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 5,106.97        $ 5,106.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax; Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.9 Priority creditor's name and mailing address**

Jeffrey Sayasane
1400 Castlefield Ave
Toronto, ON MCB 4C4

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 0        $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.10 Priority creditor's name and mailing address**

John Bates
1400 Castlefield Ave
Toronto, ON M6B 4C4

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:** $ 0        $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.11 Priority creditor's name and mailing address**

Massachusetts Department of Revenue
Bankruptcy Unit P.O. Box 9564
Boston, MA 02114-9563

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 187.39        $ 187.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax; Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number *(if known)* 20-11011 (MFW) |
|---|---|---|
| | Name | |

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Michigan Department of Treasury
430 W Allegan Street
Lansing, MI 48933

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax; Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 0

---

**2.13** Priority creditor's name and mailing address

New York City Department of Finance
P.O. Box 3933
New York, NY 10008-3933

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 2,983.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 2,983.62

---

**2.14** Priority creditor's name and mailing address

New York State Department of Taxation
and Finance
Bankruptcy Unit – TCD
Building 8, Room 455 W.A Harriman State
Campus
Albany, NY 12227

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax; Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 0

---

**2.15** Priority creditor's name and mailing address

Park City Municipal Corp.
445 Marsac Ave
Park City, UT 84060

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 0

---

Debtor _____RTS USA Corp. f/k/a Roots USA Corporation_____  Case number *(if known)* 20-11011 (MFW)
          Name

| Part 1. | Additional Page | | |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.16 Priority creditor's name and mailing address**

Raesia Straker
1400 Castlefield Ave
Toronto, ON M6B 4C4

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0        $ 0

---

**2.17 Priority creditor's name and mailing address**

Rebecca Kuhn
1400 Castlefield Ave
Toronto, ON M6B 4C4

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0        $ 0

---

**2.18 Priority creditor's name and mailing address**

Samantha Geier
1400 Castlefield Ave
Toronto, ON M6B 4C4

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0        $ 0

---

**2.19 Priority creditor's name and mailing address**

State of California Franchise Tax Board
9645 Butterfield Way
Sacramento, CA 95827

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0        $ 0

---

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number *(if known)* 20-11011 (MFW) |
|---|---|---|
| | Name | |

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20 Priority creditor's name and mailing address**

Tennessee Department of Revenue
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 248.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount $ 248.10

---

**2.21 Priority creditor's name and mailing address**

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 1,358.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount $ 1,358.06

---

**2.22 Priority creditor's name and mailing address**

Tiffany Delay
1400 Castlefield Ave
Toronto, ON M6B 4C4

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount $ 0

---

**2.23 Priority creditor's name and mailing address**

Town of Lynnfield Tax Collector's Office
c/o Leslie Davidson, Treasurer/Tax Collector
55 Summer Street
Lynnfield, MA 01940

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount $ 0

---

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number *(if known)* 20-11011 (MFW) |
|---|---|---|
| | Name | |

---

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24 Priority creditor's name and mailing address**

Town of Natick
c/o Debbie Sherman Collector/Treasurer
13 East Central St., 1ˢᵗ Floor
Natick, MA 001760

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 0

---

**2.25 Priority creditor's name and mailing address**

Traci Button
1400 Castlefield Ave
Toronto, ON M6B 4C4

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 0

---

**2.26 Priority creditor's name and mailing address**

Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT 84134

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 0
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax; Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 0

---

**2.27 Priority creditor's name and mailing address**

Virginia Department of Taxation
1957 Westmoreland Street
Richmond, VA 23230

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 2,325.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax; Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Priority amount: $ 2,325.93

---

Debtor _____RTS USA Corp. f/k/a Roots USA Corporation_____
          Name

Case number *(if known)* 20-11011 (MFW)

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.28** Priority creditor's name and mailing address

Washington, D.C. Office of Tax and Revenue
1101 4ᵗʰ Street, SW
Suite 270 West
Washington, DC 20024

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $ 4,780.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax; Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,780.09

---

**2.29** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**2.30** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**2.31** Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _ _ _ _

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

Debtor    RTS USA Corp. f/k/a Roots USA Corporation
         Name                                          Case number *(if known)* 20-11011 (MFW)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

228 Operating Corp.
200 Mulberry St.
New York, NY 10012-4505

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$1,896,246.72

605 NMA LLC
Attn: Law/Lease Administration Department
c/o 605 N. Michigan Ave
350 N. Orleans St., Suite 300
Chicago, IL 60654

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Lease

Is the claim subject to offset?

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

Access Signs Inc.
2351 Boulevard Fernand-Lafontaine
Longueuil, QC J4N 1N7

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

American Express
200 Vesey Street
New York, NY 100285-3106

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Sales Transactions

Is the claim subject to offset?

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$0.00

AMEX Bank of Canada
2225 Sheppard Ave E
North York, ON M2J 5C2

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Sales Transactions

Is the claim subject to offset?

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

☒ No
☐ Yes

---

Debtor    RTS USA Corp. f/k/a Roots USA Corporation                                    Case number (if known) 20-11011 (MFW)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.6** Nonpriority creditor's name and mailing address

Aramark Canada Ltd.

811 Islington Avenue

Toronto, ON M8Z 5W8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Floor Mat Service

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$52.62

---

**3.7** Nonpriority creditor's name and mailing address

Arkadin Inc.

1350 Broadway, Suite 1512

New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.8** Nonpriority creditor's name and mailing address

Behr Mountain Electric

724 Division St.

Park City, UT 84098

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fixing Existing
Potlights

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.9** Nonpriority creditor's name and mailing address

Best Security Industries

100 Carolyn Blvd

Farmingdale, NY 11735

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.10** Nonpriority creditor's name and mailing address

Beyond Signs & Graphics

135 Vargo Road

Horseheads, NY 14845

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number (if known) 20-11011 (MFW) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.11** Nonpriority creditor's name and mailing address

Bloom Construction Services

2 Street Georges Avenue

New York, NY 10950

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.12** Nonpriority creditor's name and mailing address

Byrne & Wright Inc.

1245 Maple hill Ct.

Newmarket, ON L3Y 9E8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.13** Nonpriority creditor's name and mailing address

Category 5 Imaging Ltd.

1062 Cooke Blvd

Burlington, ON L7T 4A8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.14** Nonpriority creditor's name and mailing address

Cleaning Management of Illinois, Inc.

P.O. Box 8466

Northfield, IL 60093

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Cleaning Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$1,840.84

---

**3.15** Nonpriority creditor's name and mailing address

Comcast

Comcast Corporation

Comcast Center

1701 JFK Boulevard

Philadelphia, PA 19103

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone-Basic

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 11 of 35

Debtor   RTS USA Corp. f/k/a Roots USA Corporation
         Name
Case number (if known) 20-11011 (MFW)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.16** Nonpriority creditor's name and mailing address

Comcast Cable
Comcast Cable Communications, LLC
1701 JFK Boulevard
Philadelphia, PA 19103

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Telephone-Basic

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.17** Nonpriority creditor's name and mailing address

Comed
2 Lincoln Center
Oakbrook Terrace, IL 60181

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.18** Nonpriority creditor's name and mailing address

Compact Storage Solutions
45 Mural Mural Street, Unit 3
Richmond Hill, ON L4B 1J4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shelving

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.19** Nonpriority creditor's name and mailing address

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.20** Nonpriority creditor's name and mailing address

Consumers Energy
CMS Energy Corporation
One Energy Plaza
Jackson, MI 49201

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number (if known) 20-11011 (MFW) |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.21** Nonpriority creditor's name and mailing address

Coolican & Company
1299 St. Mary's Ave, Unit 4
Mississauga, ON L5E 1H9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

**3.22** Nonpriority creditor's name and mailing address

Corporate Payment Systems
P.O. Box 9502 Postal Station A
Toronto, ON M5W 2K3

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

**3.23** Nonpriority creditor's name and mailing address

CR Plumbing
51195 Fischer Park Drive
Shelby Township, MI 48316

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

**3.24** Nonpriority creditor's name and mailing address

David A. Levy Associates
1818 Market St.
Philadelphia, PA 19103

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Architecture & Engineering

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

**3.25** Nonpriority creditor's name and mailing address

DC Water
1385 Canal Street, SE
Washington, DC 20003

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

Debtor  RTS USA Corp. f/k/a Roots USA Corporation

Name

Case number (*if known*) 20-11011 (MFW)

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.26** Nonpriority creditor's name and mailing address

Design Within Reach
711 Canal St, Suite 3
Stamford, CT 06902-6094

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.27** Nonpriority creditor's name and mailing address

Dominion Energy
1140 W 200 S
Salt Lake City, UT 84104

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.28** Nonpriority creditor's name and mailing address

DYAMI
80 Red Schoolhouse Road, Suite 105
Chestnut Ridge, NY 10977

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.29** Nonpriority creditor's name and mailing address

Edi Customs Broker, Inc.
2 Tippett Rd.
North York, ON M3H 2V2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customs

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.30** Nonpriority creditor's name and mailing address

EPD Engineered Plastic
Attn: Bonnie Rainer
154 Milvan Dr.
Toronto, ON M9I 1Z9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

Official Form 206E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**                 Page 14 of 35

Debtor    RTS USA Corp. f/k/a Roots USA Corporation
Name                                                                          Case number (if known) 20-11011 (MFW)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.31** Nonpriority creditor's name and mailing address

Era Hanger

2500 Génette Street

Saint-Laurent, QC H4R 2H2

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.32** Nonpriority creditor's name and mailing address

Eversource

P.O. Box 270

Hartford, CT 06141-0270

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$0.00

---

**3.33** Nonpriority creditor's name and mailing address

Fashion Centre Garage

891-895 Army-Navy Dr.

Arlington, VA 22202

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Store Parking

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$150.00

---

**3.34** Nonpriority creditor's name and mailing address

Fashion Centre Mall LLC

c/o M.S. Management Associates Inc

225 West Washington Street

Indianapolis, IN 46204-3438

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$224,695.92

---

**3.35** Nonpriority creditor's name and mailing address

Fed Ex

FedEx Corp. Revenue Services

3965 Airways, Module G

Memphis, TN 38116

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Transportation

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

$888.09

---

Debtor __RTS USA Corp. f/k/a Roots USA Corporation__     Case number *(if known)* 20-11011 (MFW)
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.36** | **Nonpriority creditor's name and mailing address**

Fish Window Cleaning

200 Enchanted Parkway

Manchester, MO 63021

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Store Cleaning

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.37** | **Nonpriority creditor's name and mailing address**

Forward Signs, Inc.

60 Emblem Court

Toronto, ON M1S 1B1

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.38** | **Nonpriority creditor's name and mailing address**

Frontier Networks

530 Kipling Avenue

Toronto, ON M8Z 5E3

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** POS Lines

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.39** | **Nonpriority creditor's name and mailing address**

Garda World

Garda CL Atlantic Inc. Lockbox #233209

3209 Momentum Place

Chicago, IL 60689

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cash Pickup Service

**Is the claim subject to offset?**
☒ No
☐ Yes

$463.99

---

**3.40** | **Nonpriority creditor's name and mailing address**

Gillian Beebe

P.O. Box 384

Block Island, Rhode Island 02807

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

Debtor    RTS USA Corp. f/k/a Roots USA Corporation
          Name

Case number *(if known)* 20-11011 (MFW)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Gunnebo Canada Inc.

9 Van Der Graaf Crt

Brampton, ON L6T 5E5

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Hamilton Custom Made Security

7775 Cooper Road

Cincinnati, OH 45242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lock Repair

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Hardesty, Inc.

5231 Intercoastal Dr

Monrovia, MD 21770

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Hirsch Construction Corp.

222 Rosewood Dr. 5th Floor

Danvers, MA 01923

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** US Holiday Store
Structure Build/Tear

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Hirsch Construction Corp.

222 Rosewood Dr. 5th Floor

Danvers, MA 01923

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Holiday Install of
Visual Products

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    **Amount of claim**

---

**3.46**  Nonpriority creditor's name and mailing address

Holiday Foliage Inc.

2592 Ortay Center Drive

San Diego, CA 92154

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.47**  Nonpriority creditor's name and mailing address

Home Depot Credit Services

Attn: Legal Counsel

2455 Paces Ferry Road

Atlanta, GA 30339-4024

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.48**  Nonpriority creditor's name and mailing address

Horween Leather

2015 North Elston Avenue

Chicago, IL 60614

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.49**  Nonpriority creditor's name and mailing address

House of Lupin

56-6020 Derry Road

Milton, ON L9T 8L6

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.50**  Nonpriority creditor's name and mailing address

HP

Attn: President or General Counsel

3000 Hannover Street

Palo Alto, CA 94303

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Leasing

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     Page 18 of 35

Debtor  RTS USA Corp. f/k/a Roots USA Corporation
Name

Case number (if known) 20-11011 (MFW)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.51** Nonpriority creditor's name and mailing address

HP Canada Co.

5150 Spectrum Way, Floor 6

Mississauga, ON L4W 5G2

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

$0.00

---

**3.52** Nonpriority creditor's name and mailing address

HP Inc. (Boston)

321 Summer St., 5th Floors

Boston, MA 02210

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

$0.00

---

**3.53** Nonpriority creditor's name and mailing address

IDW

2765 Truxtun Road

San Diego, CA 92106

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

$0.00

---

**3.54** Nonpriority creditor's name and mailing address

Imperial Hardware Supply

300 North Madison Street P.O. Box 11008

Green Bay, WI 54301

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

$0.00

---

**3.55** Nonpriority creditor's name and mailing address

Innerworkings Canada Inc.

8500 Leslie St., Suite 101

Thornhill, ON L3T 7M8

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Central Supplies

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

$0.00

---

Debtor    RTS USA Corp. f/k/a Roots USA Corporation
         Name                                                    Case number (if known) 20-11011 (MFW)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.56** Nonpriority creditor's name and mailing address

Interactive Building Solutions
1919 Cherry Hill Rd.
Joliet, IL 60433

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HVAC

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.57** Nonpriority creditor's name and mailing address

Interpark
200 N LaSalle Street, #1400
Chicago, IL 60601

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Store Parking

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.58** Nonpriority creditor's name and mailing address

Jodi Moreno
8 Jane Street Apt A
New York, NY 10014

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.59** Nonpriority creditor's name and mailing address

Johnson Controls (formerly known as Tyco)
5757 N. Green Bay Ave P.O. Box 591
Milwaukee, WI 53201

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Alarm Intrusion System

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.60** Nonpriority creditor's name and mailing address

Johnson Controls Fire
5757 N. Green Bay Ave P.O. Box 591
Milwaukee, WI 53201

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor RTS USA Corp. f/k/a Roots USA Corporation

Name

Case number *(if known)* 20-11011 (MFW)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.61** Nonpriority creditor's name and mailing address

JP Morgan Chase, N.A.

8181 Communications Pkwy Bldg C, Floor 3

Plano, TX 75024

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Sales Transactions

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.62** Nonpriority creditor's name and mailing address

K&Rg International

c/o Karis MacDougall

950 5th Street, Apt# 306

Santa Monica, CA 90403

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: US PR Consultant  and Event Support

$10,050.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

K.L Construction & Project

1010 W. Armour Ave

Milwaukee, WI 53221

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Keter Environmental Services

4 High Ridge Park #202

Stamford, CT 06905

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Waste Management

$503.81

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Kwikprint Manufacturing Co. Inc

4868 Victor Street

Jacksonville, FL 32207

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$0.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number *(if known)* 20-11011 (MFW) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.66** Nonpriority creditor's name and mailing address

L.U.F Associates LLC

c/o EastBanc Inc.

3307 M Street, NW, Suite 400

Washington, DC, 20007

Attn: Philippe Lanier

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$556,372.12

---

**3.67** Nonpriority creditor's name and mailing address

Lakeshore Communications

30 Meteor Dr.

Etobicoke, ON M9W 1A4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.68** Nonpriority creditor's name and mailing address

Langford Canoe Est 1940

P.O. Box 129, Highway 60

Dwight, ON P0A 1H0

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.69** Nonpriority creditor's name and mailing address

Livetrack BSI Ltd.

115 George St., Suite 511

Oakville, ON L6J 0A2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.70** Nonpriority creditor's name and mailing address

Macomb Mechanical, Inc.

6250 19 Mile Rd.

Sterling Heights, MI 48314

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs & Maintenance

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor    RTS USA Corp. f/k/a Roots USA Corporation
Name

Case number *(if known)* 20-11011 (MFW)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.71** Nonpriority creditor's name and mailing address

Mainfreight
230 Export Blvd.
Mississauga, ON L5S 1 Y9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Transportation

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$18,629.00

---

**3.72** Nonpriority creditor's name and mailing address

Market Street Retail South LLC
33 Boylston Street, Suite 3000
Chestnut Hill, MA 02467

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$199,680.00

---

**3.73** Nonpriority creditor's name and mailing address

Matlock Services
40 St Regis Crescent
North York, ON M3J 1Y5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Store Cleaning

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.74** Nonpriority creditor's name and mailing address

Maxwell Card Technology Inc.
6838 Ellicott Drive, Suite 3
East Syracuse, new York 13057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: PinPad Rental

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.75** Nonpriority creditor's name and mailing address

McKinlay Door Sales
128 Centre St E
Richmond Hill, ON L4C 1A6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor    RTS USA Corp. f/k/a Roots USA Corporation
_____
Name

Case number *(if known)* 20-11011 (MFW)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.76** Nonpriority creditor's name and mailing address

MCM 2001 Inc.
25 Bertal Rd Unit 9
York, ON M6M 4M7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Manufacturer

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.77** Nonpriority creditor's name and mailing address

Mr. T Carting Corp.
73-10 Edsall Ave.
Glendale, NY 11385

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.78** Nonpriority creditor's name and mailing address

My Buddy the Plumber
1912 Sidewinder Dr. #201
Park City, UT 84060

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Plumbing and HVAC

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.79** Nonpriority creditor's name and mailing address

Natick Mall, LLC
Altamonte Mall, LLC c/o Altamonte Mall
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$178,920.00

---

**3.80** Nonpriority creditor's name and mailing address

Norquay Co.
3513 Lakeshore Blvd West
Etobicoke, ON M8W 1N5

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

| Part 2: | Additional Page |
|---|---|

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.81 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.81 Nonpriority creditor's name and mailing address

Nudge
300-425 Adelaide St. West
Toronto, ON M5V 3C1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Communication Tool to All Staff

$0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

3.82 Nonpriority creditor's name and mailing address

Office Depot
Attn: President or General Counsel
6000 N Military Trl
Boca Raton, FL 33496

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Store Supplies

$0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

3.83 Nonpriority creditor's name and mailing address

Olympic Signs
1130 N Garfield St.
Lombard, IL 60148

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Hoarding

$0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

3.84 Nonpriority creditor's name and mailing address

Oracle Canada ULC
100 Milverton Dr
Mississauga, ON L5R 4H1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: EFTLink Licenses

$0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

3.85 Nonpriority creditor's name and mailing address

Orkin
2170 Piedmont Road
Northeast Atlanta, GA 30324-4135

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pest Control

$0.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    RTS USA Corp. f/k/a Roots USA Corporation
                  Name
                                                                    Case number (if known) 20-11011 (MFW)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.86** Nonpriority creditor's name and mailing address

Paymentech

8181 Communications Pkwy, Bldg C, Floor 3

Plano, Texas 75024

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Sales Transactions

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.87** Nonpriority creditor's name and mailing address

Pepco Utility

Corporate Correspondence Pepco

P.O. Box 97274

Washington, DC 20090-7274

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utilities

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.88** Nonpriority creditor's name and mailing address

Pfsweb

9133 Leslie Street, Unit 120

Richmond Hill, ON L4B 4N1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Omnichannel
Software to Enable

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.89** Nonpriority creditor's name and mailing address

Play Network

8727 148th Ave NE

Redmond, WA 98052

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: In-Store Music &
Video

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.90** Nonpriority creditor's name and mailing address

Prodco Analytics Inc.

9408 Boulevard du Golf

Anjou, QC H1J 3A1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Traffic Counter
Install

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$1,827.31

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number *(if known)* 20-11011 (MFW) |
|---|---|---|
| | Name | |

☐ Yes

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | | **Amount of claim** |
|---|---|---|---|

**3.91** Nonpriority creditor's name and mailing address

Questar Gas

P.O. Box 45360

Salt Lake City, UT 84145-6164

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim** Utilities

**$0.00**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address

Republic/Allied Services

18500 N Allied Way

Attn: Corporate Customer Experience

Phoenix, AZ 85054-6164

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waste Management

**$0.00**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

Rocky Mountain Power

680 W 23rd St.

Idaho Falls, ID 83402

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**$0.00**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Roen Furniture Inc.

116 Viceroy Rd.

Concord, ON L4K 2L8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$0.00**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Roots Corporation

1400 Castlefield Ave

Toronto, ON M6B 4C4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Debt

**$ 11,685,099.44**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    RTS USA Corp. f/k/a Roots USA Corporation                    Case number *(if known)* 20-11011 (MFW)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.96** Nonpriority creditor's name and mailing address

RTS Security

87 Albertus Ave

Toronto, ON M4R 1J6

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.97** Nonpriority creditor's name and mailing address

Russell A. Farrow Ltd.

2001 Huron Church Road

Windsor, ON N9C 2L6

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Customs

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$40,068.00

---

**3.98** Nonpriority creditor's name and mailing address

Safelink

P.O. Box 220009

Milwaukie, OR 97269-0009

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.99** Nonpriority creditor's name and mailing address

Schindler

Canada Headquarters

3640A McNicoll Avenue

Toronto, ON M1X 1G5

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Elevator Contract

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.100** Nonpriority creditor's name and mailing address

Sentia Solutions Inc.

120 East Beaver Creek Road, Suite 102

Richmond Hill, ON L4B 4V1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor  RTS USA Corp. f/k/a Roots USA Corporation                                    Case number (if known) 20-11011 (MFW)
        Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.101** Nonpriority creditor's name and mailing address

Shaw Contract Flooring Service
616 East Walnut Avenue
Dalton, GA 30721

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Flooring

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.102** Nonpriority creditor's name and mailing address

Softar
Via Stradivari 4
Milan, Italy

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.103** Nonpriority creditor's name and mailing address

St. Moritz Security
1177 6th Ave #5127
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.104** Nonpriority creditor's name and mailing address

St. Moritz Security Services, Inc.
4600 Clairton Boulevard
Pittsburgh, PA 15235

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs and
Maintenance

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.105** Nonpriority creditor's name and mailing address

Stahl's Canada
90 Snow Blvd Unit #1
Concord, ON L4K 4C1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor   RTS USA Corp. f/k/a Roots USA Corporation
Name

Case number *(if known)* 20-11011 (MFW)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.106** Nonpriority creditor's name and mailing address

Stingray 360
736 Wellington Street
Montreal, QC H3C 1T4

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.107** Nonpriority creditor's name and mailing address

Stone Tile International Inc.
834 Caledonia Road
North York, ON M6B 3X9

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.108** Nonpriority creditor's name and mailing address

Strypes Co.
1111 Broadway
Oakland, CA 94607

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.109** Nonpriority creditor's name and mailing address

Suede Master Leather Cleaners
25 Connie St.
North York, ON M6L 2H8

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

**3.110** Nonpriority creditor's name and mailing address

SWAT Systems Security Group Inc.
P.O. Box 3684
Beverly Hills, CA 90212

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Alarm Intrusion
System

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$0.00

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 30 of 35

| Debtor | RTS USA Corp. f/k/a Roots USA Corporation | Case number *(if known)* 20-11011 (MFW) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Tenley Town Trash
6318 Chillum Pl NW
Washington, DC 20011

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Waste and Recycling Removal

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The O'Keefe Group Inc.
17 Bank St
Attleboro, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Waste Management

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The Printing House - Exp
1403 Bathurst St.
Toronto, ON M5R 3H8

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The Standard
900 SW 5th Ave
Portland, OR 97204

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee Benefits

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

The Standard (Dental)
1100 SW 6th Ave
Portland, OR 97204

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Employee Benefits

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 31 of 35

Debtor __RTS USA Corp. f/k/a Roots USA Corporation__
       Name

Case number *(if known)* 20-11011 (MFW)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.116** Nonpriority creditor's name and mailing address

Time Warner Citycable
60 Columbus Circle
New York, NY 10023

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Telephonic-Basic

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.117** Nonpriority creditor's name and mailing address

Total Benefit Solutions
155 108th Ave NE, Suite 800
Bellevue, WA 98004

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee Benefits

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.118** Nonpriority creditor's name and mailing address

Transgem
3120 Kirwin Ave. #504
Mississauga, ON L5A 3R2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Employee Benefits

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.119** Nonpriority creditor's name and mailing address

Tysons Corner Holdings LLC
1961 Chain Bridge Road, Suite 105
McLean, VA 22102-4501

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lease

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$390,507.00

---

**3.120** Nonpriority creditor's name and mailing address

Virginia Window Repair
8532 Terminal Rd, Suite S
Lorton, VA 22079

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs & Maintenance

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor    RTS USA Corp. f/k/a Roots USA Corporation                                    Case number *(if known)* 20-11011 (MFW)

Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.121**  **Nonpriority creditor's name and mailing address**

Woodbury Common Prem Outlets

498 Apple Court

Central Valley, NY 10917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lease

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$180,000.00

---

**3.122**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____

---

**3.123**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____

---

**3.124**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____

---

**3.125**  **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$_____

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  RTS USA Corp. f/k/a Roots USA Corporation
        Name

Case number (*if known*) 20-11011 (MFW)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  605 N. Michigan Avenue<br>350 N. Orleans St., Suite 300<br>Chicago, IL 60654-1607<br>Attn: General Manager | Line  3.2<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2  Goulston & Storrs PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>Attn: W/S-Lynnfiled | Line  3.72<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3  Holland & Knight, LLP<br>800 17th Street, NW, Suite 100<br>Washington, DC 20006<br>Attn: Tara A. Scanlon, Esq. | Line  3.66<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4  Natick Mall<br>1001 Jordan Creek Parkway<br>West Des Moines, IA 50266<br>Attn: General Manager | Line  3.79<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8 | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9 | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10 | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    RTS USA Corp. f/k/a Roots USA Corporation                                   Case number (if known) 20-11011 (MFW)
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 31,011.13 |
| 5b. Total claims from Part 2 | 5b. **+** | | $ 15,385,994.86 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 15,417,005.99 |

**Fill in this information to identify the case:**

Debtor name  RTS USA Corp. f/k/a Roots USA Corporation

United States Bankruptcy Court for the:_____ District of Delaware
(State)

Case number (If known):  20-11011 (MFW)_____    Chapter  7

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Property lease at 605 N. Michigan Avenue, Suite 102, Chicago, IL 60611. | 650 NMA LLC.<br>350 N. Orleans St, Suite 300<br><br>Chicago, IL 60654 |
| | State the term remaining | Ending on 5/31/2029. | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Property lease at 3259 M Street, N.W., Washington, D.C. 20007. | EastBanc, Inc.<br>3307 M Street, N.W., Suite 400<br>Attention: Mr. Philippe Lanier<br>Washington D.C. 20007 |
| | State the term remaining | Ending on 7/2028. | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Property lease at 1100 S Hayes St., Unit E08C, Arlington, VA 22202. | Fashion Centre Mall L.L.C.<br>c/o M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 |
| | State the term remaining | Ending on 08/2028. | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Property lease at 600 Market Street, Lynnfield, MA 01940. | Market Street Retail South L.L.C.<br>33 Boylston Street, Street 3000<br>Chestnut Hill, MA 02467 |
| | State the term remaining | Ending on 1/31/2028. | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Property lease at 498 Red Apple Court, Unit 664, Central Valley, NY 10917. | Woodbury Common Prem Outlets<br>498 Red Apple Court<br>Central Valley, NY 10917 |
| | State the term remaining | Ending on 1/31/2021. | |
| | List the contract number of any government contract | | |

| Debtor | RTS USA Corporation f/k/a Roots USA Corporation | Case number (if known) 20-11011 (MFW) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6** State what the contract or lease is for and the nature of the debtor's interest
Property lease at 1245 Worcester St., Unit 2169, Natick, MA 01760.

State the term remaining
Ending on 7/31/2028.

List the contract number of any government contract

Altamonte Mall, LLC
c/o Altamonte Mall
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

**2.7** State what the contract or lease is for and the nature of the debtor's interest
Property lease at 1961 Chain Bridge Rd, Unit G008U, McLean, VA 22102.

State the term remaining
Ending on 12/31/2029.

List the contract number of any government contract

Tysons Corner Holdings, L.L.C.
1961 Chain Bridge Road, Suite 105
Mclean, VA 22102-4501

**2.8** State what the contract or lease is for and the nature of the debtor's interest
Payment Processing Services

State the term remaining
Ending on 8/2/2023.

List the contract number of any government contract

Paymentech, LLC
8181 Communications Pkwy, Bldg C, Floor 03
Plano, Texas 75024

**2.9** State what the contract or lease is for and the nature of the debtor's interest
Store Security

State the term remaining

List the contract number of any government contract

SWAT Systems Security Group, Inc.
8181 Communications Pkwy, Bldg C, Floor 03
Plano, Texas 75024

**2.10** State what the contract or lease is for and the nature of the debtor's interest
Cash Pickup Service

State the term remaining

List the contract number of any government contract

Garda World - Garda CL Atlantic, Inc. Lockbox #233209
3209 Momentum Place
Chicago, IL 60689

**2.11** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.12** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name  RTS USA Corp. f/k/a Roots USA Corporation

United States Bankruptcy Court for the: _____ District of  Delaware _____
                                                      (State)

Case number (If known):    20-11011 (MFW)

Official Form 206H

☐ Check if this is an amended filing

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the **Additional Page,** numbering the entries consecutively. **Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.1  Roots Corporation | 1400 Castlefield Avenue<br>Street<br><br>Toronto         ON      M6B 4C4<br>City            State    ZIP code | | EastBanc, Inc. | ☐ D<br>☒ E/F<br>☒ G |
| 2.2 | Street<br><br>City            State    ZIP code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City            State    ZIP code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City            State    ZIP code | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | Street<br><br>City            State    ZIP code | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name RTS USA Corp. f/k/a Roots USA Corporation

United States Bankruptcy Court for the: District of Delaware
                                                        (State)

Case number (*If known*): 20-11011 (MFW)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑    *Schedule H: Codebtors* (Official Form 206H)

☑    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑    Other document that requires a declaration: *List of Equity Holders and Corporate Ownership Statement of RTS USA Corp. Pursuant to Bankruptcy Rules 1007(a)(3) and 7007.1*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   04 / 29 / 2020
          MM / DD / YYYY

_____
Signature of individual signing on behalf of debtor

Mona Kennedy
_____
Printed name

Chief Financial Officer
_____
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**