IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| RTS USA Corp f/k/a Roots USA Corporation, ) | |
| ) | Case No. 20-11011 (MFW) |
| Debtor. ) | |

**STATUS REPORT**

In accordance with the Court's request, Jeoffrey L. Burtch, Chapter 7 Trustee, by and through the undersigned counsel, provides the following status report:

1. The prepetition circumstances that occasioned the commencement of these proceedings.

On April 29, 2020, the Debtor RTS USA, formerly known as Roots USA Corporation, filed a voluntary petition for relief under Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") [D.I. 1]. Prior to the Petition Date, the Debtor operated nine retail stores in the United States. In its bankruptcy schedules, the Debtor disclosed assets valued at $9,609,805.54, with liabilities totaling $15,417,005.99.

2. Whether any major sales of assets have occurred in the case.

None.

3. The status of plan negotiations or preparations, and whether a plan has been confirmed.

N/A

4. Any major litigation pending or expected to be filed in the case.

On April 28, 2022, the Trustee filed an *Adversary Complaint for Damages and Other Relief and Demand for Jury Trial* against Roots Corporation, James A. Gabel, James Rudyk, Kaleb Honsberger, Mona Kennedy and Meghan Roach [Adv. Pro. No. 22-50267 (MFW), D.I. 1].

5. The status of analysis of Chapter 5 causes of action, including whether any suits have been brought.

None.

6. Every open adversary proceeding, and the current status of such proceeding.

Adversary Proceeding No. 22-50267 (MFW) – the complaint was just filed on April 28, 2022. The Trustee expects that the litigation will proceed in due course.

7. Counsel's expectation as to any future significant developments or events in the administration of the case.

Litigation of the above referenced adversary proceeding.

8. Any pending motions or other items awaiting disposition by the Court.

None.

Date: May 9, 2022                LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
skaufman@skaufmanlaw.com

Counsel for Jeoffrey L. Burtch, Chapter 7 Trustee